**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: Katherine Ann Kovich,<br>    Debtor.<br>_____/ | Case No. 8:16-bk-08465-CPM<br>Chapter 7 |
| JANE ELIZABETH WATSON,<br>    Plaintiff, | |
| v. | Adv. Proc. No. 8:16-ap-00908-CPM |
| KATHERINE ANN KOVICH,<br>    Defendant.<br>_____/ | |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant[1], KATHERINE ANN KOVICH, by and through the undersigned counsel, hereby files this *Answer and Affirmative Defenses* in response to Plaintiff's *Complaint to Determine Dischargeability of Debt* ("Complaint"). In support thereof Defendant states as follows:

1. Admitted.

2. Admitted for jurisdictional purposes only, otherwise denied.

3. Denied.

4. Denied.

5. Admitted.

6. Denied.

7. Without knowledge, therefore denied.

8. Denied.

9. Denied.

---

[1] All references to "Defendant" include and refer to all listed defendants, unless otherwise specified.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

**GENERAL DENIAL**

14. To the extent not expressly admitted to herein, Defendant generally denies any and all allegations contained within the Plaintiff's Complaint and demands strict proof thereof.

**FIRST AFFIRMATIVE DEFENSE**

15. The State Court did not make a finding of fact sufficient for this Court to determine that this debt is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A). Plaintiff alleges in Paragraph 7 of the Complaint that the jury determined that Defendant "made a false statement of material fact," but this is just one of the five elements required to prove actual fraud. Without the State Court having made a finding of all five elements of common law fraud, Plaintiff cannot prevail on the theory of collateral estoppel.

**SECOND AFFIRMATIVE DEFENSE**

16. The judgment upon which this action is based is for a total of $519,870.27. This judgment was the result of a Complaint that included four separate Counts, not all of which were based on fraud. Count III of Plaintiff's State Court Complaint was for Breach of Promissory Note and resulted in a verdict of $391,196.19. Count IV of the State Court Complaint was for Breach of Confidential Relationship and resulted in a verdict of $50,000.00. Neither a Breach of Promissory Note nor Breach of Confidential Relationship are a basis for non-dischargeability under 11 U.S.C. § 523(a)(2)(A). Plaintiff's overall claim should be bifurcated into fraud based and non-fraud based claims, with the non-fraud based claims being denied as a matter of law.

## THIRD AFFIRMATIVE DEFENSE

17. Plaintiff's unclean hands bar any recovery in this action. Plaintiff obtained the State Court Judgment based on a falsified promissory note. Plaintiff attached the signature page of a prior loan document to the Promissory Note that was submitted to the State Court and passed it off as an original. The doctored promissory note contained a loan amount far exceeding that of what Defendant had originally agreed to and signed.

## FOURTH AFFIRMATIVE DEFENSE

18. The complaint does not allege the context or contents of the false statement of material fact alleged to have been made by the Defendant. Defendant maintains that no false statement was made, however, if Defendant did make a false statement of material fact, it was a statement respecting the financial condition of the Defendant or an insider and therefore an exception to non-dischargeability under 11 U.S.C. § 523(a)(2)(A).

WHEREFORE Defendant respectfully requests Plaintiff take nothing by this action and go hence without day. Defendant further requests an award of attorney's fees and costs in defending this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before May 8, 2017, a true and correct copy of the foregoing was furnished via CM/ECF electronic notice to David A. Garside, 4040 Shoreside Cir., Tampa FL 33624.

/s/ Kenneth R. Case
Kenneth R. Case, Esq.
FBN: 0073758
BROWN & ASSOCIATES LAW & TITLE, P.A.
11373 Countryway Blvd.
Tampa, FL 33626
T: (813) 528-4044
F: (813) 855-8485
E: courtdocuments@brownalt.com