[jiffyordanh] [Bench Order No Hearing AP +]

ORDERED.

Dated: October 05, 2018

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
Katherine Ann Kovich

      Debtor*   /

Jane Elizabeth Watson

     Plaintiff*

vs.

Katherine Ann Kovich

     Defendant*   /

Case No. 8:16−bk−08465−CPM  
Chapter 7

Adv. Pro. No. 8:16−ap−00908−CPM

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

THIS CASE came on for consideration without a hearing of the **Motion for Summary Judgment** (Doc. **20** ), filed by **Plaintiff Jane Watson** .

The Court having considered the record, the Motion for Summary Judgment is Denied .

The Court will enter a separate order setting a trial.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney David Garside is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.