## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

In re: Katherine Ann Kovich                      Case No. 8:16-bk-08465-CPM
     Debtor.                                              Chapter 7
_____/

JANE ELIZABETH WATSON,
     Plaintiff,

v.                                                             Adv. Proc. No. 8:16-ap-00908-CPM

KATHERINE ANN KOVICH,
     Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

JANE ELIZABETH WATSON, Plaintiff, and KATHERINE ANN KOVICH, Defendant (collectively the "Parties"), by and through their respective undersigned counsel, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation of Dismissal with Prejudice*. The Parties, being all parties who entered an appearance, consent to the dismissal of this action, with prejudice, and to the entry of the Agreed Order attached hereto as Exhibit A.

| /s/ *David A. Garside* | /s/ *Kenneth R. Case* | /s/ *Jordan D. Maglich* |
|---|---|---|
| David A. Garside, Esq. | Kenneth R. Case, Esq. | Jordan D. Maglich, Esq. |
| Counsel for Plaintiff | Co-Counsel for Defendant | Co-Counsel for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before February 15, 2019, a true and correct copy of the foregoing was furnished via CM/ECF electronic notice to David A. Garside, Esq. at 4040 Shoreside Cir., Tampa FL 33624 and Jordan D. Maglich, Esq. at 101 E. Kennedy Blvd., Ste. 3400, Tampa, FL 33603.

                                                                  */s/ Kenneth R. Case*
                                                                   Kenneth R. Case, Esq.
                                                                   Florida Bar No. 883840
                                                                   BROWN & ASSOCIATES LAW & TITLE, P.A.
                                                                   11373 Countryway Blvd.
                                                                   Tampa, FL 33626
                                                                   T: (813) 289-8485
                                                                   F: (813) 855-8485
                                                                   E: kenny@brownalt.com

EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re: Katherine Ann Kovich                                    Case No. 8:16-bk-08465-CPM
      Debtor.                                                            Chapter 7
_____/

JANE ELIZABETH WATSON,
      Plaintiff,

v.                                                                                  Adv. Proc. No. 8:16-ap-00908-CPM

KATHERINE ANN KOVICH,
      Defendant.
_____/

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CASE came on for consideration without a hearing upon the Agreement of the Parties pursuant to their *Joint Stipulation of Dismissal with Prejudice* (the "Stipulation"). The Court, having considered the record, finds that the Parties' amicable settlement shall be ratified. Accordingly it is

**ORDERED:**

1. The Stipulation is APPROVED.

2. This Adversary Proceeding is hereby dismissed with prejudice, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii).

3. All pending motions are denied as moot.

4. All hearings, trials, or other scheduled matters are hereby cancelled.

5. The Clerk of the Court shall close this Adversary Proceeding.

6. The Court shall retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this Order.

Attorney Kenneth R. Case, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.