ORDERED.

**Dated:  February 20, 2019**

Catherine M. McEwen

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re: Katherine Ann Kovich,                                    Case No. 8:16-bk-08465-CPM
      Debtor.                                                        Chapter 7
_____/

JANE ELIZABETH WATSON,
      Plaintiff,

v.                                                                          Adv. Proc. No. 8:16-ap-00908-CPM

KATHERINE ANN KOVICH,
      Defendant.
_____/

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CASE came on for consideration without a hearing upon the Agreement of the

Parties pursuant to their *Joint Stipulation of Dismissal with Prejudice* (the "Stipulation").  The

Court, having considered the record, finds that the Parties' amicable settlement shall be ratified.

Accordingly it is

**ORDERED:**

1.  The Stipulation is APPROVED.

2.  This Adversary Proceeding is hereby dismissed with prejudice, pursuant to Fed. R.

    Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii).

3.  All pending motions are denied as moot.

4.  All hearings, trials, or other scheduled matters are hereby cancelled.

5.  The Clerk of the Court shall close this Adversary Proceeding.

6.  The Court shall retain jurisdiction over all matters relating to the interpretation,

    administration, implementation, effectuation, and enforcement of this Order.


Attorney Kenneth R. Case, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.